IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RYAN D. SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | 2:13cv461-WHA |
| LIFE INSURANCE ) | (wo) |
| COMPANY OF NORTH AMERICA; and ) | |
| UNITED TECHNOLOGIES CORPORATION ) | |
| WELFARE BENEFITS PLAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Motion for Extension of Time (Doc. #51), it is hereby ORDERED that the Motion is GRANTED, and the Defendants are given until December 9, 2013 to file a response to Plaintiff's Supplemental brief.

Counsel are advised that the court expects them to be readily available to opposing counsel, as well as to the court, as long as this case is pending.

Done this 22nd day of November, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE